IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARETOLIVE,

Plaintiff,

vs.                                         Civil Action 2:08-CV-005
                                            Judge Frost
                                            Magistrate Judge King

THE FOOD AND DRUG
ADMINISTRATION,

Defendant.

## ORDER

With the stay of this action, *Opinion and Order,* Document No. 23, plaintiff's motion for leave to file twenty (20) requests for admission, Doc. No. 20, is **DENIED,** without prejudice to renewal should the stay be vacated.


May 22, 2008                            *s/Norah McCann King*
                                        Norah McCann King
                                        United States Magistrate Judge